# CRIMINAL COVERSHEET

| | |
|---|---|
| **DEFENDANT'S NAME:** Andrew John Jemmett | **JUVENILE:** No |
| **DEFENSE ATTORNEY:** | |
| Address: | **PUBLIC or SEALED:** Public |
| | **SERVICE TYPE:** Warrant |
| | (Summons or Warrant or Notice (if Superseding)) |
| Telephone No.: | **ISSUE:** Yes |
| **INVESTIGATIVE AGENT:** Kris Knight | **INTERPRETER:** No |
| Telephone No.: (208) 390-2589 | If YES, language: |
| **AGENCY:** Dept. of Homeland Security Investigations (HSI) | |
| **CASE INFORMATION:** | **RELATED COMPLAINT:** CASE NUMBER: 20-mj-00093-E-CWD |

## CRIMINAL CHARGING INFORMATION

**CHARGING DOCUMENT:** Complaint

| | | | |
|---|---|---|---|
| Felony: | Yes | County of Offense: | Bannock |
| Class A Misdemeanor: | | Estimated Trial Time: | 2 days |
| Class B or C Misdemeanor: (Petty Offense) | | | |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 18 U.S.C. § 2251 | ONE | Production of Child Pornography | From 15 to 30 years' imprisonment and/or a fine of $250,000, from 5 years to life supervised release, and a special assessment of $5,100 |

Date: 1 April 2020          Assistant U.S. Attorney: JOHN C. SHIRTS

Telephone No.: (208) 478-4166