Bryan Wheat (ISB #9091)
**FEDERAL DEFENDER SERVICES OF IDAHO**
757 North 7th Ave.
Pocatello, ID   83201
Telephone:  (208) 478-2046
FAX: (208) 478-6698

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | )<br>) |
| Plaintiff, | ) Case No. CR-2020-00136-BLW<br>) |
| vs. | ) **THIRD MOTION TO CONTINUE**<br>) **SENTENCING** |
| **ANDREW JOHN JEMMETT**, | )<br>) |
| Defendant. | )<br>) |

**COMES NOW**, Andrew John Jemmett, by and through counsel, and moves the Court to continue his sentencing hearing now set for June 1, 2021.  This motion is made for the reason that due to a new enhancement and the final sentencing recommendation, additional time is necessary in order to adequately respond to the enhancement and recommendation and prepare further sentencing mitigation.

This recommendation and potential sentence in this case is very serious and could potentially cost this young man his entire young and middle adult life.  Given the seriousness of this enhancement and sentencing recommendation, Counsel now anticipates hiring an expert for testimony at sentencing in addition to finalizing further sentencing mitigation.  Due to the expert's

schedule, counsel would appreciate that this sentencing be continued for 45 days to allow for expert scheduling conflicts and sentencing mitigation to be completed.

Counsel for Mr. Jemmett has discussed this proposed continuance with Counsel for the government and the U.S. Probation Officer. Neither objects to the requested continuance.

Counsel for Mr. Jemmett has discussed this proposed continuance with Mr. Jemmett. Mr. Jemmett consents to the proposed continuance as well.

Counsel suggests that any delay in this hearing is justified by the ends of justice and would allow for Mr. Jemmett to hire an expert for testimony at sentencing as well as complete mitigation for sentencing.

**DATED** this 19th day of May, 2021.

By: /s/ Bryan Wheat
Bryan Wheat

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following person(s):

John.shirts@usdoj.gov

/s/ Bryan Wheat
Bryan Wheat